THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM A. COOPER, Appellant.— Time for argument of appeal enlarged to and including the

* Affd., 249 N. Y. 532.

9th day of May, 1928. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.